**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RONALD MARK CLARK, et al.**                                                                 **PLAINTIFFS**

**v.**                                             **CASE NO. 4:07-CV-00477 GTE**

**JOHN BAKA, M.D., et al.**                                                                   **DEFENDANTS**

## ORDER GRANTING SUMMARY JUDGMENT TO SCMC

In an Order filed on October 10, 2007, the Court gave Plaintiffs until December 14, 2007, to file a supplemental response to Saline County Medical Center's ("SCMC's") motion for summary judgment. (Order, docket # 51). Plaintiffs have not filed anything further in opposition to SCMC's motion. Accordingly, for the reasons discussed in the Court's October 10th Order, the Court finds that SCMC is a charitable organization entitled to tort immunity under Arkansas law.

IT IS THEREFORE ORDERED THAT Defendant Saline County Medical Center's Motion for Summary Judgment (Docket No. 11) be, and it is hereby, GRANTED. All claims against SCMC are hereby dismissed with prejudice.

IT IS SO ORDERED this   19th   day of December, 2007.

                                                                 _/s/Garnett Thomas Eisele_____
                                                                 UNITED STATES DISTRICT JUDGE