**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RONALD MARK CLARK, et al.**                                                                 **PLAINTIFFS**

**v.**                                         **CASE NO. 4:07-CV-00477 GTE**

**JOHN BAKA, M.D., et al.**                                                                 **DEFENDANTS**

## ORDER

    Before the Court is Plaintiffs' Motion for Emergency Hearing to clarify the Court's Amended Scheduling Order.  Apparently, there is a dispute between the parties concerning whether experts must disclose written reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) prior to being deposed and whether undeposed retained experts must also provide written reports. Whatever disclosures are made now by Plaintiffs' retained and testifying experts must likewise be made by Defendants' retained and testifying experts.  The parties are directed to confer.  If no agreement can be reached, Defendants shall file written responses to Plaintiff's motion setting forth the nature of the disagreement.  Said response shall be filed as soon as possible but not later than **noon** on **Thursday, April 24, 2008.**  Plaintiffs may also supplement their motion.  The Court will then determine whether an emergency hearing is necessary.  If necessary, said hearing will be held at **10:30 a.m.** on **Friday, April 25, 2008**.

    IT IS SO ORDERED this  17th  day of April, 2008.

                                                              _/s/Garnett Thomas Eisele_____
                                                              UNITED STATES DISTRICT JUDGE