### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**RONALD MARK CLARK, et al.**                                    **PLAINTIFFS**

v.                                        **CASE NO. 4:07-CV-00477 GTE**

**JOHN BAKA, M.D., et al.**                                      **DEFENDANTS**

### JUDGMENT

In accordance with the Court's Order entered this date, and pursuant to Fed. R. Civ. P.

Rule 54(b), the Court concludes that there is no just reason for further delay, and it is therefore

CONSIDERED, ORDERED AND ADJUDGED that the Court's February 12, 2009 Order

dismissing with prejudice the claims against Separate Defendants Quorum Health Resources

LLC ("Quorum") and Hospital Management Professionals Inc ("HMP") should be, and it is

hereby, considered a final judgment. The Court's February 12th Order is hereby amended to so

reflect.

IT IS SO ORDERED THIS 31st day of March, 2009.

_____
UNITED STATES DISTRICT COURT