IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONALD MARK CLARK, Individually
and as Next Friend and Guardian of
Forrest Manning, a Minor; and MARGARET
KELLY CLARK, Individually and as Next
Friend and Guardian of Forrest Manning, a
Minor                                                                                                PLAINTIFFS

v.                                         Case No. 4:07-cv-477-DPM

JOHN BAKA, M.D. and JOHN V. BAKA,
M.D., P.A.                                                                                           DEFENDANTS

ORDER

Dr. Donald Null, Dr. Joseph Bruner, Dr. Robert Podosin, Dr. Thomas Naidich, Dr. Terrie Naramor, Karen Preston, and Ralph Scott — expert witnesses for the Plaintiffs — may bring their laptop computers and cell phones — including smart phones — into the courthouse. The phones may be used as needed outside of any courtroom. When inside the courtroom, the cell phones must be turned off. Putting the cell phones on "vibrate" or "silent" is unacceptable. No phone or computer may be used to take photographs or video in the courthouse. And when talking on a phone (or with someone in person) in a corridor, all courthouse visitors should be as

quiet as possible. Visitors should also be as quiet as possible when working with their laptop computers.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 Jan. 2011