IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONALD MARK CLARK, Individually
and as Next Friend and Guardian of
Forrest Manning, a Minor; and MARGARET
KELLY CLARK, Individually and as Next
Friend and Guardian of Forrest Manning, a
Minor                                                                                          PLAINTIFFS

v.                                  Case No. 4:07-cv-477-DPM

JOHN BAKA, M.D. and JOHN V. BAKA,
M.D., P.A.                                                                                     DEFENDANTS

ORDER

Central Arkansas is expecting a heavy snowfall during the day on Wednesday, February 9th. It is essential to the continued progress of the three-week trial in this medical-negligence case that the jury continue hearing proof during the snow days. Of the twelve jurors, several live outside Little Rock: three live more than 30 miles away from the courthouse; one lives more than 50 miles away, and one lives more than 70 miles away.

The Court therefore orders the Clerk to accommodate the jury with hotel rooms across the street from the Courthouse at the Legacy Hotel starting

on Wednesday evening, February 9th, and from time to time thereafter as required by the weather and road conditions until the conclusion of trial.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 February 2011