IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONALD MARK CLARK, Individually
and as Next Friend and Guardian of
Forrest Manning, a Minor; and MARGARET
KELLY CLARK, Individually and as Next
Friend and Guardian of Forrest Manning, a
Minor                                                                                                   PLAINTIFFS

v.                                  Case No. 4:07-cv-477-DPM

JOHN BAKA, M.D. and JOHN V. BAKA,
M.D., P.A.                                                                                          DEFENDANTS

ORDER

Seth Creed—support personnel for the Defendants—may bring his laptop computer and cell phone—including a smart phone—into the courthouse. The phone may be used as needed outside of any courtroom. When inside the courtroom, the cell phone must be turned off. Putting the cell phone on "vibrate" or "silent" is unacceptable. No phone or computer may be used to take photographs or video in the courthouse. And when talking on a phone (or with someone in person) in a corridor, all courthouse visitors should be as quiet as possible. Visitors should also be as quiet as possible when working with their laptop computers.

So Ordered.

                                   */s/ D.P. Marshall Jr.*

                                D.P. Marshall Jr.
                                United States District Judge

                                8 Feb. 2011