# STATEMENT



**COURT REPORTERS CLEARINGHOUSE**

713-626-2629   (Fax) 713-626-1966

| Account No. | Date |
|---|---|
| C20214 | 4/6/2009 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $0.00 | $321.20 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$321.20** |

Tyler S. McClay
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 1/29/2009 | 54683 | 321.20 | 1/22/2009 | R. Whit Hall, M.D. | Clark vs. Baka, M.D., et al. |

Tax ID: 76-0537648

Phone: 501-975-3000   Fax: 501-975-3001

*Please detach bottom portion and return with payment.*

Tyler S. McClay
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

| | | |
|---|---|---|
| Account No. | : | C20214 |
| Date | : | 4/6/2009 |
| **Total Due** | : | **$321.20** |

Remit To:   **Court Reporters Clearinghouse, Inc.**
**4545 Post Oak Place, Suite 350**
**Houston, TX 77027-3124**

### PAYMENT WITH CREDIT CARD

AMEX   MASTERCARD   VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone #:

Billing Address:

Zip:                          Card Security Code:

Amount to Charge:

Cardholder's Signature:

**EXHIBIT "B"**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52709 | 11/3/2008 | 48453 |

| Job Date | Case No. | |
|---|---|---|
| 10/10/2008 | 4-07-CV-00477 | |

| Case Name | |
|---|---|
| Clark vs. Baka, M.D., et al. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

214-954-0352   (Fax) 214-954-0384

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

ONE CERTIFIED COPY OF TRANSCRIPT OF:
    Charles Edgar Phillips, M.D.

                                                    297.00

**TOTAL DUE >>>**          **$297.00**
AFTER 12/3/2008 PAY          $326.70

Invoice prepared for:
McCRAY REPORTING

**Tax ID:** 76-0537648

Phone: 501-975-3000   Fax:501-975-3001

*Please detach bottom portion and return with payment.*

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

Job No.    : 48453        BU ID      : DALLAS
Case No.    : 4-07-CV-00477
Case Name : Clark vs. Baka, M.D., et al.

Invoice No.  : 52709        Invoice Date : 11/3/2008
**Total Due  : $ 297.00**
AFTER 12/3/2008 PAY  $326.70

| PAYMENT WITH CREDIT CARD | AMEX | MASTERCARD | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:_____  Phone#:
Billing Address:
Zip:_____ Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Court Reporters Clearinghouse, Inc.**
          **4545 Post Oak Place, Suite 350**
          **Houston, TX 77027-3124**

BUSHMAN COURT REPORTING
620 W. Third Street
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
(501) 372-5115   Fax (501) 378-0077

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 103004 | 05/20/2008 | 01-50481 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/09/2008 | PRITGA | 407CV00477 |

| CASE CAPTION |
|---|
| Ronald Mark Clark et al vs John Baka, M.D. et al |

| TERMS |
|---|
| Due upon receipt |

J. Phillip Malcom
Kutak Rock
124 West Capitol
Suite 2000
Little Rock, AR 72201

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Ralph Scott
        Appearance Fee                                           84.74
        Exhibits              37.00      @       .13             37.50
        E-transcript                                              4.81
                                                                 35.00

                             TOTAL   DUE   >>>>                  162.05
```

```
Total cost for appearance fee, original and one copy of transcript and exhibits split e
qually between  Mr. Malcom and Mr. Wells; with this invoice being Mr. Malcom's total co
st.
```



TAX ID NO. : 71-0687373                                        (501) 975-3000    Fax (501) 975-3001

*Please detach bottom portion and return with payment.*

J. Phillip Malcom
Kutak Rock
124 West Capitol
Suite 2000
Little Rock, AR 72201

```
Invoice No.:  103004
Date      :  05/20/2008
TOTAL DUE :     162.05
```

```
Job No.   :  01-50481
Case No.  :  407CV00477
Ronald Mark Clark et al vs John Baka
```

Remit To:   **BUSHMAN COURT REPORTING**
            **620 W. Third Street**
            **P.O. Box 2734**
            **LITTLE ROCK, AR 72203-2734**

# INVOICE



**COURT REPORTERS CLEARINGHOUSE**
214-954-0352 (Fax) 214-954-0364

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47885 | 5/6/2008 | 45136 |

| Job Date | Case No. | |
|---|---|---|
| 4/22/2008 | 4-07-CV-00477 | |

| Case Name | | |
|---|---|---|
| Clark vs. John Baka, M.D., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

ONE CERTIFIED COPY OF TRANSCRIPT OF:                                            310.00
   Becky Manning

**TOTAL DUE >>>**        **$310.00**
AFTER 6/5/2008 PAY        $341.00

*Job is an O/3
Invoice is 1/2 cost of 1 transcript copy.

Invoice prepared for:
McCRAY REPORTING

**Tax ID:** 76-0537648

Phone: 501-975-3000    Fax:501-975-3001

*Please detach bottom portion and return with payment.*

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

Job No.      : 45136          BU ID        : DALLAS
Case No.     : 4-07-CV-00477
Case Name : Clark vs. John Baka, M.D., et al.

Invoice No. : 47885          Invoice Date : 5/6/2008
**Total Due** : $ 310.00
AFTER 6/5/2008 PAY $341.00

**PAYMENT WITH CREDIT CARD**        AMEX  MASTERCARD  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Court Reporters Clearinghouse, Inc.**
     **4545 Post Oak Place, Suite 350**
     **Houston, TX 77027-3124**

BUSHMAN COURT REPORTING
620 W. Third Street
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
(501) 372-5115   Fax (501) 378-0077

MAR – 4 2008

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| KUTA1201 | 02/29/2008 |

J. Phillip Malcom
Kutak Rock
124 West Capitol
Suite 2000
Little Rock, AR 72201

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | 360.50 | .00 |
| **90 DAYS** | **120 DAYS & OVER** | **TOTAL DUE** |
| .00 | .00 | 360.50 |

PAGE  1  OF  1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 01/08/2008 | 101205 | 360.50 | 12/27/2007 | John Baka, M.D. | Ronald Mark Clark, et al vs. J |

TAX ID NO. :   71-0687373

*Please detach bottom portion and return with payment.*

J. Phillip Malcom
Kutak Rock
124 West Capitol
Suite 2000
Little Rock, AR 72201

Account No.:  KUTA1201
Date      :  02/29/2008

**TOTAL DUE**  :  360.50

Remit To:     **BUSHMAN COURT REPORTING**
              **620 W. Third Street**
              **P.O. Box 2734**
              **LITTLE ROCK, AR 72203-2734**

BUSHMAN COURT REPORTING
620 W. Third Street
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
(501) 372-5115   Fax  (501) 378-0077

# I N V O I C E

FEB – 5 2008

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 101515 | 01/29/2008 | 01-49136 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/15/2008 | SMITJA | 407CV00477 |

**CASE CAPTION**

Ronald Mark Clark, et al vs. John Baka, M.D., et al

**TERMS**

Due upon receipt

Tyler McClay
Kutak Rock
124 West Capitol
Suite 2000
Little Rock, AR 72201

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | 177.10 |
|    Patricia Dyer | | | | |
| | | | | |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | 139.15 |
|    Andrea Hall | | | | 35.00 |
|       Ascii & Condensed | 22.00 | @ | .25 | 5.50 |
|       Exhibits | | | | |
| | | | | |
| | TOTAL DUE >>>> | | | 356.75 |

TAX ID NO.:  71-0687373

(501) 975-3000    Fax (501) 975-3001

*Please detach bottom portion and return with payment.*

Tyler McClay
Kutak Rock
124 West Capitol
Suite 2000
Little Rock, AR 72201

Invoice No.:  101515
Date       :  01/29/2008
**TOTAL DUE  :     356.75**

Job No.    :  01-49136
Case No.   :  407CV00477
Ronald Mark Clark, et al vs. John Ba

Remit To:   **BUSHMAN COURT REPORTING**
            **620 W. Third Street**
            **P.O. Box 2734**
            **LITTLE ROCK, AR 72203-2734**

BUSHMAN COURT REPORTING
620 W. Third Street
P.O. Box 2734
LITTLE ROCK, AR 72203-2734
(501) 372-5115   Fax (501) 378-0077

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 101425 | 01/24/2008 | 01-49091 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/10/2008 | BAKEKA | 407CV00477 |

JAN 29 2008

**CASE CAPTION**

Ronald Mark Clark et al v. John Baka, M.D. et al

J. Phillip Malcom
Kutak Rock
124 West Capitol
Suite 2000
Little Rock, AR 72201

**TERMS**

Due upon receipt

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Kelly Clark                                                      195.50

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Ronald Clark                                                      48.30
    Ascii & Condensed                                              35.00
    Color Copies          17.00 Pages @        2.00/Page           34.00
    Exhibits               9.00       @         .25                 2.25

                          TOTAL   DUE   >>>>                       315.05
```

TAX ID NO. : 71-0687373                              (501) 975-3000   Fax (501) 975-3001

*Please detach bottom portion and return with payment.*

J. Phillip Malcom
Kutak Rock
124 West Capitol
Suite 2000
Little Rock, AR 72201

```
Invoice No.:  101425
Date       :  01/24/2008
TOTAL DUE  :     315.05
```

```
Job No.   :  01-49091
Case No.  :  407CV00477
Ronald Mark Clark et al v. John Baka
```

Remit To:   **BUSHMAN COURT REPORTING**
           **620 W. Third Street**
           **P.O. Box 2734**
           **LITTLE ROCK, AR 72203-2734**

06/06/2008 16:55 IFAX crcfax@crcnational.com          → Lisa Castillo      @002/002



*Clark v Baka*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 48517 | 6/6/2008 | 44583 |
| **Job Date** | **Case No.** | |
| 5/5/2008 | 4-07-CV-00477 | |
| **Case Name** | | |
| Clark vs. John Baka, M.D., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**COURT
REPORTERS
CLEARINGHOUSE**

214-954-0352   (Fax) 214-954-0364

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

ONE CERTIFIED COPY OF TRANSCRIPT OF:
   Thomas P. Nadich, M.D.

                                                       334.25

**TOTAL DUE >>>**    **$334.25**
AFTER 7/6/2008 PAY    $367.68

*Job is an O/3.
Invoice reflects 1/2 cost of 1 copy.

Invoice prepared for:
McCRAY REPORTING

**Tax ID:** 76-0537648                                    Phone: 501-975-3000   Fax:501-975-3001

*Please detach bottom portion and return with payment.*

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

Job No.    : 44583      BU ID    : DALLAS
Case No.   : 4-07-CV-00477
Case Name : Clark vs. John Baka, M.D., et al.

Invoice No. : 48517      Invoice Date : 6/6/2008
**Total Due  : $ 334.25**
AFTER 7/6/2008 PAY  $367.68

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Amount to Charge: | | |
| Cardholder's Signature: | | | |

Remit To: **Court Reporters Clearinghouse, Inc.
4545 Post Oak Place, Suite 350
Houston, TX 77027-3124**

# Atkinson·Baker
—— Court Reporters ——

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Bob Slovek
Kutak Rock LLP
1650 Farnam Street
3rd Floor
Omaha, NE 68102-2186

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Loretta Easter, leaster@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Friday, Eldredge & Clark, LLP |
|---|---|
| Taking Attorney: | Tonia Jones |
| Case Name: | Manning vs Continental Casualty |
| Case No.: | 4-07-CV-00477 |

| INVOICE NO. | A203D91 AB |
|---|---|
| FIRM NO. | 1163827 |
| INVOICE DATE | 05/09/2008 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| 1/2 the cost of the reporter's transcript and a certified copy of the deposition of Karen Preston, taken 5/2/2008. | $   527.92 |
| PAYMENT | - |
| BALANCE DUE | $   527.92 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

-------------------------------    Fold and tear at this perforation, then return stub with payment.    -------------------------------

| BALANCE DUE | $   527.92 |
|---|---|
| INVOICE NO. | A203D91 AB |
| FIRM NO. | 1163827 |

For:   1/2 the cost of the reporter's transcript and a certified copy of the deposition of Karen Preston, taken 5/2/2008.

From:   Bob Slovek
Kutak Rock LLP
1650 Farnam Street
3rd Floor
Omaha, NE 68102-2186

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# STATEMENT



**COURT REPORTERS CLEARINGHOUSE**
713-626-2629    (Fax) 713-626-1966

| Account No. | Date |
|---|---|
| C9254 | 8/5/2008 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $769.46 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$769.46** |

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 6/16/2008 | 48914 | 238.43 | 5/22/2008 | Robert L. Podosin, M.D. | Clark vs. Baka, M.D., et al |
| 6/23/2008 | 48527 | 531.03 | 5/19/2008 | Joseph Bruner, M.D. | Clark vs. Baka, M.D., et al |

Tax ID: 76-0537648

01-975-3001

*Please detach bottom portion*

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

Account No.   :  C9254
Date          :  8/5/2008

**Total Due    :  $ 769.46**

Remit To: **Court Reporters Clearinghouse, Inc.**
**4545 Post Oak Place, Suite 350**
**Houston, TX 77027-3124**

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:                         Amount to Charge:
Cardholder's Signature:

# INVOICE

**COURT REPORTERS CLEARINGHOUSE**

214-964-0352   (Fax) 214-954-0364

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52468 | 10/22/2008 | 48454 |
| **Job Date** | **Case No.** | |
| 10/1/2008 | 4-07-CV-00477 | |
| **Case Name** | | |
| Clark vs. Baka, M.D., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

ONE CERTIFIED COPY OF TRANSCRIPT OF:
James R. Rohrbaugh, M.D.

|  | 440.50 |
|---|---|
| **TOTAL DUE >>>** | **$440.50** |
| AFTER 11/21/2008 PAY | $484.55 |

Invoice prepared for:
McCRAY REPORTING

**Tax ID:** 76-0537648

Phone: 501-975-3000   Fax:501-975-3001

*Please detach bottom portion and return with payment.*

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

Job No.     : 48454          BU ID     : DALLAS
Case No.    : 4-07-CV-00477
Case Name   : Clark vs. Baka, M.D., et al.

Invoice No. : 52468          Invoice Date :10/22/2008
**Total Due : $ 440.50**
AFTER 11/21/2008 PAY $484.55

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Court Reporters Clearinghouse, Inc.**
**4545 Post Oak Place, Suite 350**
**Houston, TX 77027-3124**

# Atkinson·Baker
## Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax

James G. Stouffer
Kutak Rock LLP
124West Capitol Avenue
Little Rock, AR 72201-3706

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Loretta Easter
leaster@depo.com

ABI'S Federal ID No.:              95-4189037

| Setting Firm: | Friday, Eldredge & Clark, LLP |
| Taking Attorney: | Tonia P. Jones |
| Case Name: | Clark vs Baka |
| Case No.: | 4-07-CV-00477 SWW |

| INVOICE NO. | A205E75 AC |
| FIRM NO. | 1208330 |
| INVOICE DATE | 09/11/2008 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
| --- | --- |
| Certified copy of the reporter's transcript of the deposition of F Manning, L Wingo, C Mattis, K Schmidt, and J Fraser, taken 8/28/08. | $     823.75 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $     823.75 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $      823.75 |
| --- | --- |
| INVOICE NO. | A205E75 AC |
| FIRM NO. | 1208330 |

For:        Certified copy of the reporter's transcript of the deposition of F Manning, L Wingo, C Mattis, K Schmidt, and J Fraser, taken 8/28/08.

From:   James G. Stouffer
            Kutak Rock LLP
            124West Capitol Avenue
            Little Rock, AR 72201-3706

Remit To:   Atkinson-Baker,Inc.
                  500 NORTH BRAND BOULEVARD,
                  THIRD FLOOR
                  GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.



**214-954-0352 (Fax) 214-954-0364**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 51921 | 9/30/2008 | 48456 |
| **Job Date** | **Case No.** | |
| 9/24/2008 | 4-07-CV-00477 | |
| **Case Name** | | |
| Clark vs. Baka, M.D., et al. | | |
| | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Suzanne Clark
Kutak Rock, LLP
The Three Sisters Building
214 West Dickson Street
Fayetteville, AR 72701

ONE CERTIFIED COPY OF TRANSCRIPT OF:
  Robert A. Zimmerman, M.D.                                                213.00

                                          **TOTAL DUE >>>**        **$213.00**
                                          AFTER 10/30/2008 PAY            $234.30

Invoice prepared for:
McCRAY REPORTING

**Tax ID: 76-0537648**                         Phone: 479-973-4200   Fax:479-973-0007

*Please detach bottom portion and return with payment.*

Suzanne Clark
Kutak Rock, LLP
The Three Sisters Building
214 West Dickson Street
Fayetteville, AR 72701

Job No.     : 48456          BU ID      : DALLAS
Case No.    : 4-07-CV-00477
Case Name : Clark vs. Baka, M.D., et al.

Invoice No. : 51921          Invoice Date  : 9/30/2008
**Total Due  : $ 213.00**
AFTER 10/30/2008 PAY $234.30

| **PAYMENT WITH CREDIT CARD** | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Court Reporters Clearinghouse, Inc.**
              **4545 Post Oak Place, Suite 350**
              **Houston, TX 77027-3124**

# INVOICE

**COURT REPORTERS CLEARINGHOUSE**

214-954-0352   (Fax) 214-954-0364

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52136 | 10/7/2008 | 48455 |

| Job Date | Case No. |
|---|---|
| 9/29/2008 | 4-07-CV-00477 |

| Case Name |
|---|
| Clark vs. Baka, M.D., et al. |

| Payment Terms |
|---|
| Due upon receipt |

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

ONE CERTIFIED COPY OF TRANSCRIPT OF:
James Gerald Quirk, M.D.

Invoice prepared for:
McCRAY REPORTING

| | |
|---|---|
| | 299.00 |
| **TOTAL DUE >>>** | **$299.00** |
| AFTER 11/6/2008  PAY | $328.90 |

**Tax ID:** 76-0537648

Phone: 501-975-3000   Fax:501-975-3001

*Please detach bottom portion and return with payment.*

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

Job No.    : 48455          BU ID        : DALLAS
Case No.   : 4-07-CV-00477
Case Name  : Clark vs. Baka, M.D., et al.

Invoice No. : 52136          Invoice Date  : 10/7/2008
**Total Due  : $ 299.00**
AFTER 11/6/2008  PAY  $328.90

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                     Card Security Code:
Amount to Charge:
Cardholder's Signature:

**Remit To:  Court Reporters Clearinghouse, Inc.**
            **4545 Post Oak Place, Suite 350**
            **Houston, TX 77027-3124**

10/08/2008  16:28 FAX  214 954 0364          crcfax@crcnational.com          ☑001/001

# INVOICE



**214-954-0352    (Fax) 214-954-0364**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 52203 | 10/8/2008 | 48400 |

| Job Date | Case No. | |
|---|---|---|
| 9/22/2008 | 4-07-CV-00477 | |

| Case Name | | |
|---|---|---|
| Clark vs. Baka, M.D., et al. | | |

| | Payment Terms | |
|---|---|---|
| Due upon receipt | | / |

James G. Stouffer
Wallach, Andrews & Stouffer
550 Bailey Avenue
Suite 500
Fort Worth, TX 76107

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Joseph Bruner, M.D.                                                                 285.25

                                **TOTAL DUE >>>**          **$295.25**
                                AFTER 11/7/2008 PAY          $324.78

Invoice prepared for:
McCRAY REPORTING

---

Tax ID: 76-0537648                    Phone: 817-338-1707   Fax: 817-338-1787

*Please detach bottom portion and return with payment.*

James G. Stouffer
Wallach, Andrews & Stouffer
550 Bailey Avenue
Suite 500
Fort Worth, TX 76107

Job No.    : 48400          BU ID        : DALLAS
Case No.   : 4-07-CV-00477
Case Name  : Clark vs. Baka, M.D., et al.

Invoice No. : 52203          Invoice Date : 10/8/2008

**Total Due  : $ 295.25**
AFTER 11/7/2008 PAY  $324.78

| PAYMENT WITH CREDIT CARD | | |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |

Remit To:  **Court Reporters Clearinghouse, Inc.**
             **4545 Post Oak Place, Suite 350**
             **Houston, TX 77027-3124**

# INVOICE



**COURT REPORTERS CLEARINGHOUSE**
214-954-0352   (Fax) 214-954-0364

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 50818 | 8/8/2008 | 46973 |
| **Job Date** | **Case No.** | |
| 7/24/2008 | 4-07-CV-00477 | |
| **Case Name** | | |
| Clark vs. Baka, M.D., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

207.00

ONE CERTIFIED COPY OF TRANSCRIPT OF:
    Jerry Lazerus, CRNA

**$207.00**
**TOTAL DUE >>>**          $227.70
AFTER 9/7/2008 PAY

Invoice prepared for:
McCRAY REPORTING

Phone: 501-975-3000   Fax: 501-975-300...

Tax ID: 76-0537648

*Please detach bottom portion and return with payment.*

Job No.      : 46973          BU ID      : DALLAS
Case No.    : 4-07-CV-00477
Case Name : Clark vs. Baka, M.D., et al

Invoice No. : 50818          Invoice Date : 8/8/2008
**Total Due : $ 207.00**
AFTER 9/7/2008 PAY $227.70

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

**PAYMENT WITH CREDIT CARD**    AMEX  ...  ...

Cardholder's Name:
Card Number:                              Phone#:
Exp. Date:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Court Reporters Clearinghouse, Inc.**
**4545 Post Oak Place, Suite 350**
**Houston, TX 77027-3124**

# STATEMENT



**713-626-2629   (Fax) 713-626-1966**

| Account No. | Date |
|---|---|
| C21426 | 1/5/2009 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $832.70 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$832.70** |

James Stouffer
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 11/24/2008 | 53276 | 832.70 | 11/11/2008 | Robert F. Asarnow, Ph.D. | Clark vs. Baka, M.D., et al. |

Phone: 501-975-3000   Fax:501-975-3001

**Tax ID: 76-0537648**

*Please detach bottom portion and return with payment.*

James Stouffer
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

Account No.  :  C21426
Date         :  1/5/2009

**Total Due   :  $ 832.70**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Amount to Charge:
Cardholder's Signature:

Remit To:  **Court Reporters Clearinghouse, Inc.**
           **4545 Post Oak Place, Suite 350**
           **Houston, TX 77027-3124**

# INVOICE

**COURT REPORTERS CLEARINGHOUSE**

214-954-0352   (Fax) 214-954-0364

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54375 | 1/13/2009 | 50606 |

| Job Date | Case No. | |
|---|---|---|
| 12/31/2008 | 4-07-CV-00477 | |

| Case Name | | |
|---|---|---|
| Clark vs. Baka, M.D., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

ONE CERTIFIED COPY OF TRANSCRIPT OF:

Robert A. Zimmerman, M.D.                                    228.75

**TOTAL DUE >>>**          **$228.75**
AFTER 2/12/2009 PAY           $251.63

Invoice prepared for:
McCRAY REPORTING

**Tax ID:** 76-0537648

Phone: 501-975-3000   Fax:501-975-3001

---

*Please detach bottom portion and return with payment.*

J. Philip Malcom
Kutak Rock, LLP
124 West Capitol Avenue
Suite 2000
Little Rock, AR 72201

Job No.     : 50606          BU ID      : DALLAS
Case No.    : 4-07-CV-00477
Case Name : Clark vs. Baka, M.D., et al.

Invoice No. : 54375          Invoice Date : 1/13/2009
**Total Due  : $ 228.75**
AFTER 2/12/2009 PAY $251.63

Remit To: **Court Reporters Clearinghouse, Inc.**
          **4545 Post Oak Place, Suite 350**
          **Houston, TX 77027-3124**

**PAYMENT WITH CREDIT CARD**      AMEX  MASTER  VISA

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# I N V O I C E

**BUSHMAN COURT REPORTING**
620 W. Third Street
P.O. Box 2734
LITTLE ROCK, AR  72203-2734
Phone:501-372-5115  Fax:501-378-0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 115720 | 1/31/2011 | 61363 |
| **Job Date** | **Case No.** | |
| 1/28/2011 | 407CV00477 | |
| **Case Name** | | |
| Ronald Mark Clark & Margaret Kelly Clark v. John Baka, M.D. et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Phil Malcom
Malcom Law Firm
2226 Cottondale Lane, Suite 100
Little Rock, AR  72202-2060

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | 270.00 |
| Jody Hagen | | | | | |
| Exhibit | 275.00 Pages | @ | 0.25 | | 68.75 |
| Color Exhibits | 92.00 Pages | @ | 0.75 | | 69.00 |
| E-transcript | | | 35.00 | | 35.00 |
| | | **TOTAL DUE  >>>** | | | **$442.75** |

Thank you.  We appreciate your business.

**Tax ID:** 71-0687373

Phone: 501-319-7669   Fax:501-319-7681

*Please detach bottom portion and return with payment.*

Phil Malcom
Malcom Law Firm
2226 Cottondale Lane, Suite 100
Little Rock, AR  72202-2060

| | | |
|---|---|---|
| Invoice No. | : | 115720 |
| Invoice Date | : | 1/31/2011 |
| **Total Due** | : | **$ 442.75** |

Remit To: **BUSHMAN COURT REPORTING**
**620 W. Third Street**
**P.O. Box 2734**
**LITTLE ROCK, AR  72203-2734**

| | | |
|---|---|---|
| Job No. | : | 61363 |
| BU ID | : | 1-MAIN |
| Case No. | : | 407CV00477 |
| Case Name | : | Ronald Mark Clark & Margaret Kelly Clark v. John Baka, M.D. et al |

LegaLink Los Angeles
20750 Ventura Blvd, 2nd, Suite 200
Woodland Hills, CA 91364
(818) 593-2300 Fax (818) 593-2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17098635 | 04/29/2008 | 1707-265399 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/21/2008 | BARRCO | 4-07-CV-00477 |

| CASE CAPTION |
|---|
| Ronald Mark Clark vs. John Baka, M.D. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

J. Phillip Malcom
Kutak Rock Law
124 W. Capitol Avenue
Suite 2000
Little Rock, AR 72201

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Terrie L. Naramor, Ph.D.              259 Pages @      6.25/Page        1618.75
       Four-Day Expedite                                                 1038.06
       EXHIBITS                       1637.00 Pages @    0.40/Page         654.80
       Exhibits 2nd Set               1637.00 Pages @    0.20/Page         327.40
       Early A.M. Appearance             1.00 Hours @   40.00/Hour          40.00
       Unedited ASCII (RT)             237.00 Pages @    1.15/Page         272.55
       TotalTranscript                   1.00 @   40.00                     40.00
       Production and Code Comp          1.00 @   45.00                     45.00
       Process/Delivery NL               1.00 @  100.00                    100.00

                                               TOTAL   DUE   >>>>        4136.56

LOCATION OF DEPO: Claremont 91711, CA    AFF INV#: 83201A
Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.
```

TAX ID NO. :    20-2665382                    (501) 975-3000                 Fax (501) 975-3001

*Please detach bottom portion and return with payment.*

J. Phillip Malcom
Kutak Rock Law
124 W. Capitol Avenue
Suite 2000
Little Rock, AR 72201

```
Invoice No.: 17098635
Date       : 04/29/2008
TOTAL DUE  :     4136.56

Job No.    : 1707-265399
Case No.   : 4-07-CV-00477
Ronald Mark Clark vs. John Baka,
M.D.
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

# Video Trackers II.

P.O. Box 822052
Dallas, TX 75382-1329
Tax ID# 80-0007041

**Invoice** ✓

| DATE | INVOICE # |
|------|-----------|
| 1/5/2011 | 114176 |

**BILL TO**

Malcolm Law Firm
2226 Cottondale Lane, Suite 100
Little Rock, AR 72202-2060

*77710-218*
*Clark v. Baka*

| CLIENT | TERMS | CASE NUMBER |
|--------|-------|-------------|
| Manning | Net 30 | 26MCW1129 |

| QUANTITY HRS. | DESCRIPTION | RATE | AMOUNT |
|---------------|-------------|------|--------|
| 4 | Tape to DVD/MPG Transfer of the Depositions of Asarnow./Manning, 26MCW1129 | 37.50 | 150.00 |
| 3 | Tape to DVD/MPG Transfer of the Depositions of Null/Manning, 26MCW1129 | 37.50 | 112.50 |
| 4 | Tape to DVD/MPG Transfer of the Depositions of Podosinl/Manning. 26MCW1129 | 37.50 | 150.00 |
| ? | | | |
| 1 | Tape to DVD/MPG Transfer of the Depositions of R. Clark/Manning, 26MCW1129 | 37.50 | 37.50 |

| Phone # |
|---------|
| 214/890-8564 |

# Video Trackers II.

P.O. Box 822052
Dallas, TX  75382-1329
Tax ID# 80-0007041

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/22/2008 | 111883 |

**BILL TO**

KUTAK ROCK. L.L.P.
124 W. CAPITOL AVE. #2000
LITTLE ROCK, AR 72201
ATTN: PHIL MALCOM

| CLIENT | TERMS | CASE NUMBER |
|--------|-------|-------------|
| Manning | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 4.5 | Video Duplication Dubs of Joseph Bruner, MD 5/19/08 | 50.00 | 225.00 |
| 1 | Postage & Handling | 5.00 | 5.00 |
| | Local Sales Tax | 8.25% | 0.00 |

RECEIVED
MAY 2 8 2008

| **Total** | $230.00 |
|-----------|---------|

| Phone # |
|---------|
| 214-890-8564 |

# Video Trackers II.

P.O. Box 822052
Dallas, TX  75382-1329
Tax ID# 80-0007041

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/1/2008 | 111976 |

**BILL TO**

KUTAK ROCK. L.L.P.
124 W. CAPITOL AVE. #2000
LITTLE ROCK, AR 72201
ATTN: PHIL MALCOM

| CLIENT | TERMS | CASE NUMBER |
|--------|-------|-------------|
| Manning | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3.5 | DVD Duplication Hrs of: Dr. Bruner 6/25/08 | 50.00 | 175.00 |
| 1 | Postage & Handling | 5.00 | 5.00 |
| | Local Sales Tax | 8.25% | 0.00 |

RECEIVED

JUL 11 2008

| **Total** | $180.00 |
|-----------|---------|

| Phone # |
|---------|
| 214-890-8564 |

# Video Trackers II.

P.O. Box 822052
Dallas, TX  75382-1329
Tax ID# 80-0007041

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/15/2008 | 111730 |

**BILL TO**

KUTAK ROCK. L.L.P.
124 W. CAPITOL AVE. #2000
LITTLE ROCK, AR 72201
ATTN: PHIL MALCOM

| CLIENT | TERMS | CASE NUMBER |
|--------|-------|-------------|
| CLARK/MANNING | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 4.5 | DUBS: of Margaret Clark 1-10-08 & Ron Clark 1-10-08 | 50.00 | 225.00 |
| 1 | Postage & Handling | 5.00 | 5.00 |
| | Local Sales Tax | 8.25% | 0.00 |

| **Total** | $230.00 |
|-----------|---------|

| Phone # |
|---------|
| 214-890-8564 |

JAN 2 2 2008

# Video Trackers II.

P.O. Box 822052
Dallas, TX  75382-1329
Tax ID# 80-0007041

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/3/2008 | 111711 |

| BILL TO |
|---------|
| KUTAK ROCK<br>ATTN BRAD RUNYON<br>124 W. CAPITOL AVE.<br>SUITE 2000<br>LITTLE ROCK, AR 72201 |

| CLIENT | TERMS | CASE NUMBER |
|--------|-------|-------------|
| Manning | Net 15 | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| 3 | Video Duplication of John Baka 12-27-07 | 50.00 | 150.00 |
| 1 | Postage & Handling | 5.00 | 5.00 |
| | Local Sales Tax | 8.25% | 0.00 |

| **Total** | $155.00 |
|-----------|---------|

| Phone # |
|---------|
| 214-890-8564 |

# LEGALINK, INC.

**MERRILL LEGAL SOLUTIONS**

20750 Ventura Boulevard, Suite 205        Phone: (818) 593-2300
Woodland Hills, CA 91364                        Fax: (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17100672 | 06/03/2008 | 1702-265366 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/22/2008 | FIELHE | |

| CASE CAPTION |
|---|
| Ronald Mark Clark vs. John Baka MD. et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

J. Phillip Malcom
Kutak Rock Law
124 W. Capitol Avenue
Suite 2000
Little Rock, AR 72201

VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Becky Manning-VIdeo
        Set-up & First Hour                                                        275.00
        Additional Deposition Hr      6.00 Hours @      85.00/Hour       510.00
        After Hours Rate                                                            63.75
        Tape Original DV               2.00 Tapes @      35.00/Tape       70.00
        Video on DVD-Video            3.75 Tapes @      60.00/Tape      225.00
        Shipping & Handling                                                        40.00

                                                     **TOTAL   DUE   >>>>        1,183.75**

Merrill Legal Solutions has a new payment address.
For your convenience, LegaLink, Inc. now accepts Visa/Mastercard.



RECEIVED
JUN 10 2008

TAX ID NO. : 20-2665382

(501) 975-3000    Fax (501) 975-3001

*Please detach bottom portion and return with payment.*

J. Phillip Malcom
Kutak Rock Law
124 W. Capitol Avenue
Suite 2000
Little Rock, AR 72201

Invoice No.:  17100672
Date          :  06/03/2008
**TOTAL DUE  :     1,183.75**

Job No.       :  1702-265366
Case No.     :
Ronald Mark Clark vs. John Baka MD.

Remit To:      **LegaLink, Inc.**
                    **File 70206**
                    **Los Angeles, CA 90074-0206**

# Atkinson-Baker
#### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Style: _Manning v. Baka_

Function Code:          Payee No.:

(Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact: Deborah Ryan, dryan@depo.com

ABI'S Federal ID No.:                  95-4189037

Requested By:

| | |
|---|---|
| Setting Firm: | Friday, Eldredge & Clark, LLP |
| Taking Attorney: | Tonia Jones |
| Case Name: | Clark vs Baka |
| Case No.: | 4-07-CV-00477SWW |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| | |
|---|---|
| INVOICE NO. | 04929 A |
| FIRM NO. | 0072801 |
| INVOICE DATE | 09/10/2008 |
| DUE UPON RECEIPT | |

Description: Video Time & CD of the deposition of Forrest
Manning Sr., Laura Wiengo, Cathy Mathis, and Kent Schmidt
taken 8/28/2008.

Approximate total tape time: 3 hours, 50 minutes

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Video time, first hour | 1.00 | $ 255.00 | $ 255.00 |
| Video time, remaining hours | 4.55 | $ 85.00 | $ 386.75 |
| CD Mpeg 1 (Manning) | 1.00 | $ 62.50 | $ 62.50 |
| CD Mpeg 1 (Wiengo) | 1.00 | $ 62.50 | $ 62.50 |
| CD Mpeg 1 (Mathis) | 1.00 | $ 50.00 | $ 50.00 |
| CD Mpeg 1 (Schmidt) | 1.00 | $ 50.00 | $ 50.00 |
| Shipping & handling | 1.00 | $ 35.00 | $ 35.00 |

| | | | |
|---|---|---|---|
| PAYMENT | | | - |
| BALANCE DUE | | | $ 901.75 |

First hour includes set-up and breakdown. (08/28 - 10:30am scheduled start to 04:03pm breakdown finish)

A service fee of 1.5% per month may be added to any invoice over 30 days old.

- - - - - - - - - - - - - - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - - - - - - -

| BALANCE DUE | $   901.75 |
|---|---|
| INVOICE NO. | 04929 A |
| FIRM NO. | 0072801 |

For: Video Time & CD of the deposition of Forrest
Manning Sr., Laura Wiengo, Cathy Mathis,
and Kent Schmidt taken 8/28/2008.

From:  Tonia P. Jones
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue
Suite 2000
Little Rock, AR 72201-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this inv

Printed by ABICR\wbriggs on 9/26/2008 3:46:36 PM



Atkinson·Baker
Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

Q148335

Doug Martin
Kutak Rock LLP
234 East Millsap Road
Suite 400
Fayetteville, AR 72703-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Loretta Easter
leaster@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| INVOICE NO. | A20B6FB AC |
|---|---|
| FIRM NO. | 1222188 |
| INVOICE DATE | 01/20/2009 |
| DUE UPON RECEIPT | |

| Setting Firm: | Friday, Eldredge & Clark, LLP |
|---|---|
| Taking Attorney: | Laura Smith |
| Case Name: | Manning vs Baka |
| Case No.: | 4-07-CV-00477 |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | |
| Clients Ref.#1: | DOL: |
| Clients Ref.#2: | |
| Adjuster: | |

| ITEM | LINE TOTAL |
|---|---|
| 1/3 cost of the reporter's transcript and a certified copy of the deposition of Donald Null, M.D., taken 1/9/2009. Expedited. | $   483.20 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $   483.20 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $   483.20 |
|---|---|
| INVOICE NO. | A20B6FB AC |
| FIRM NO. | 1222188 |

For:   1/3 cost of the reporter's transcript and a certified copy of the deposition of Donald Null, M.D., taken 1/9/2009. Expedited.

From:   Doug Martin
Kutak Rock LLP
234 East Millsap Road
Suite 400
Fayetteville, AR 72703-

Remit To:   Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.