

IVIZE Services of Little Rock Inc
Phone: (501) 376-8000
Fed. Tax ID: 27-4077417

REMIT PAYMENT TO:  IVIZE Services of Little Rock Inc
c/o IVIZE Services Inc
200 South Tryon Street, Suite 10
Charlotte, NC 28202

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO:   12-27351

INVOICE DATE:  2/5/2011

SOLD TO:

Malcom Law Firm
2226 Cottondale Ln. Suite 100
Little Rock, AR 72202

ORDERED BY:  Nona DiCarlo

| CUSTOMER I.D. | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON I.D. |
|---|---|---|---|
| Malcom Law Firm | 77710-218 | NET 15 | BH |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 7,653 | B&W Grade ... | Grade C (medium litigation) black & white copies | 0.135 | 1,033.16T |
| 10 | Binder 2" | 2 in. binder | 8.00 | 80.00T |
| 3 | Binder 3" | 3 in. binder | 12.00 | 36.00T |
| 8 | GBC Binding | GBC binding | 3.50 | 28.00T |
| 356 | Tabs (Custom) | Custom divider tabs insertion | 0.65 | 231.40T |
| 143 | Tabs (Custom) | Blue Custom divider tabs insertion | 1.50 | 214.50T |

Subtotal:   $1,623.06

Sales Tax:   $121.73

**TOTAL**   $1,744.79

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice
is not paid within 30 days, a five percent (5%) finance charge may be added.
Customer is responsible for all costs of collection, including reasonable attorney fees.


EXHIBIT "C"