

IVIZE Services of Little Rock Inc
Phone: (501) 376-8000
Fed. Tax ID: 27-4077417

REMIT PAYMENT TO:  IVIZE Services of Little Rock Inc
c/o IVIZE Services Inc
200 South Tryon Street, Suite 10
Charlotte, NC 28202

**PLEASE PAY FROM THIS INVOICE**

INVOICE NO:   12-27380

INVOICE DATE:  2/7/2011

SOLD TO:

Malcom Law Firm
2226 Cottondale Ln. Suite 100
Little Rock, AR 72202

ORDERED BY:  Nona DiCarlo

| CUSTOMER ID | PURCHASE ORDER | PAYMENT TERMS | SALESPERSON |
|---|---|---|---|
| Malcom Law Firm | 77710-218 | NET 15 | BH |

| QUANTITY | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| 30 | B&W 32x40 ... | 32x40 black & white trial board | 45.00 | 1,350.00T |
| 1 | Color 32x40 ... | 32x40 color trial board | 95.00 | 95.00T |
| 3 | Other Services | Flip Chart | 15.00 | 45.00T |

Subtotal: $1,490.00

Sales Tax: $111.75

**TOTAL**   $1,601.75

**THANK YOU FOR CHOOSING IVIZE, LLC**
Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid within 30 days, a five percent (5%) finance charge may be added. Customer is responsible for all costs of collection, including reasonable attorney fees.

EXHIBIT "D"