# UNITED STATES DISTRICT COURT

for the

Eastern District of Arkansas

| | |
|---|---|
| RONALD MARK CLARK and<br>MARGARET KELLY CLARK, et al<br>v.<br>JOHN BAKA, M.D. AND<br>JOHN V. BAKA, M.D., P.A. | )<br>)<br>)  Case No.: 4-07-CV-00477 SWW<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __02/25/2011__ against __the Plaintiffs__ ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 15,487.14 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 3,346.54 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | |
| TOTAL | $ 18,833.68 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service    ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: __Phil Malcom__

Name of Attorney: __Phil Malcom__

For: __Dr. John Baka and John V. Baka, M.D., P.A.__    Date: __03/11/2011__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*    *Deputy Clerk*    *Date*

## Itemization of Exhibit "B" – Deposition Costs

| | | |
|---|---|---|
| 1 | Dr. R. Whit Hall | $ 321.20 |
| 2 | Dr. Charles Phillips | 297.00 |
| 3 | Dr. Ralph Scott | 162.05 |
| 4 | Becky Manning | 310.00 |
| 5 | Dr. John Baka | 360.50 |
| 6 | Patricia Dyer and Andrea Hall | 356.75 |
| 7 | Kelly Clark and Ronald Clark | 315.05 |
| 8 | Dr. Thomas P. Naidich | 334.25 |
| 9 | Karen Preston | 527.92 |
| 10 | Dr. Robert Podosin | 238.43 |
| 11 | Dr. Joseph Brunner (5/19/08) | 531.03 |
| 12 | Dr. James Rohrbaugh | 440.50 |
| 13 | F. Manning, L. Wingo, C. Mattis, K Schmidt and F. Fraser | 823.75 |
| 14 | Dr. Robert Zimmerman (9/24/08) | 213.00 |
| 15 | Dr. Donald Null | 483.20 |
| 16 | Dr. James Gerald Quirk | 299.00 |
| 17 | Dr. Joseph Brunner (9/22/08) | 295.25 |
| 18 | Jerry Lazerus, CRNA | 207.00 |
| 19 | Dr. Robert Asarnow | 832.70 |
| 20 | Dr. Robert Zimmerman (12/31/08) | 228.75 |
| 21 | Dr. Jody Hagen | 442.75 |
| 22 | Dr. Terrie Naramor | 4,136.56 |
| 23 | Dr. Robert Asarnow – video deposition | 150.00 |
| 24 | Dr. Donald Null – video deposition | 112.50 |
| 25 | Dr. Robert Podosin – video deposition | 150.00 |
| 26 | Ronald Clark – video deposition | 37.50 |
| 27 | Dr. Joseph Brunner – video deposition (5/19/08) | 230.00 |
| 28 | Dr. Joseph Brunner – video deposition (6/25/08) | 180.00 |
| 29 | Margaret Clark – video deposition | 230.00 |
| 30 | Dr. John Baka – video deposition | 155.00 |
| 31 | Becky Manning – video deposition | 1,183.75 |
| 32 | F. Manning, L. Wingo, C. Mattis, K Schmidt and F. Fraser – video depositions | 901.75 |
| | Total Deposition Costs | $15,487.14 |

## Itemization of Exhibit "C" – Costs for Exhibits

| | | |
|---|---|---|
| 1 | Exhibits | $ 1,601.75 |

## Itemization of Exhibit "D" – Costs for Demonstrative Exhibits

| | | |
|---|---|---|
| 1 | Demonstrative Exhibits | $ 1,744.79 |