IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONALD MARK CLARK, Individually
and as Next Friend and Guardian of
Forrest Manning, a Minor; and MARGARET
KELLY CLARK, Individually and as Next
Friend and Guardian of Forrest Manning, a
Minor                                                                                                  PLAINTIFFS

v.                                  Case No. 4:07-cv-477-DPM

JOHN BAKA, M.D. and JOHN V. BAKA,
M.D., P.A.                                                                                            DEFENDANTS

ORDER

On 19 July 2011, the Court awarded Dr. Baka $11,378.89 in costs. The Order provided that the enforcement of the costs award would be stayed if the Clarks filed a timely notice of appeal. They have not done so. FED. R. APP. P. 4(a)(1)(A). The Order, *Document No. 498*, is therefore effective. The Clerk shall tax $11,378.89 against the Clarks. The Court expects the parties and counsel to tie up this loose end promptly.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*14 Sept. 2011*