IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONALD MARK CLARK, Individually
and as Next Friend and Guardian of
Forrest Manning, a Minor; and MARGARET
KELLY CLARK, Individually and as Next
Friend and Guardian of Forrest Manning, a
Minor                                                                    PLAINTIFFS


v.                         Case No. 4:07-cv-477-DPM


JOHN BAKA, M.D. and JOHN V. BAKA,
M.D., P.A.                                                          DEFENDANTS


ORDER

On 19 July 2011, the Court awarded Dr. Baka $11,378.89 in costs.  The

Order provided that the enforcement of the costs award would be stayed if

the Clarks filed a timely notice of appeal.  They have not done so.  FED. R. APP.

P. 4(a)(1)(A).  The Order, *Document No. 498,* is therefore effective.  The Clerk

shall tax $11,378.89 against the Clarks.  The Court expects the parties and

counsel to tie up this loose end promptly.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 Sept. 2011